UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GRAHAM WOMACK et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-25-1197-G |
| UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

The record in this case reflects that resident counsel for Plaintiffs has not filed an entry of appearance as required by Local Civil Rule 83.4.

IT IS THEREFORE ORDERED that resident counsel for Plaintiffs shall enter an appearance within seven (7) days of the date of this Order.

IT IS SO ORDERED this 24th day of October, 2025.

CHARLES B. GOODWIN
United States District Judge