**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Graham Womack, et al., )
)
)
)
Plaintiff(s), )
)
v. )    Case No. 5:25-cv-01197-G
)
The United States )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

All Plaintiffs , Graham Womack, et al. .
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Sara L. Faulman          November 10, 2025
Signature                   Date

Sara L. Faulman
Print Name

McGillivary Steele Elkin LLP
Firm

1101 Vermont Ave NW, Suite 1000
Address

Washington, DC 20005
City          State          Zip Code

202-833-8855
Telephone

slf@mselaborlaw.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## *Certificate of Service*

☑ I hereby certify that on November 10, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Sara L. Faulman
s/ Attorney Name