# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Graham Womack, et al., ) <br> ) <br> ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> The United States ) <br> ) <br> ) <br> ) <br> Defendant(s) ) | Case No. 5:25-cv-01197-G |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__All Plaintiffs__, __Graham Womack, et al.__.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ __Patrick J. Miller-Bartley__     __November 10, 2025__
Signature                             Date

__Patrick J. Miller-Bartley__
Print Name

__McGillivary Steele Elkin LLP__
Firm

__1101 Vermont Ave NW, Suite 1000__
Address

__Washington, DC 20005__
City      State      Zip Code

__802-833-8855__
Telephone

__pmb@mselaborlaw.com__
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on November 10, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Patrick J. Miller-Bartley
s/ Attorney Name